

## NUMBER 13-18-00685-CR

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

CODY CALLISON,                                                    Appellant,

v.

THE STATE OF TEXAS,                                              Appellee.

### On appeal from the 94th District Court
### of Nueces County, Texas.

# MEMORANDUM OPINION

### Before Chief Justice Contreras and Justices Benavides and Hinojosa
### Memorandum Opinion by Justice Benavides

This appeal was abated by this Court on February 2, 2019, because counsel failed to respond to an order directing counsel to advise this Court as to whether appellant has a right to appeal.   Appellant, Cody Callison, by and through his attorney, has now filed a motion to dismiss his appeal because he no longer desires to prosecute it.   *See* TEX. R. APP. P. 42.2(a).   Accordingly, this appeal is hereby REINSTATED.

Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal. Having DISMISSED the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

GINA M. BENAVIDES,
Justice

Do not publish.
*See* TEX. R. APP. P. 47.2(b).

Delivered and filed the
18th day of April, 2019.